UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA WOODWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br><br>　　　　　Defendant,<br>_____/ | No. C 05-03439 NJV<br><br>**ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　X　　IT IS ORDERED that the application to proceed in forma pauperis is **GRANTED** and that the Clerk issue summons. IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, plaintiff's affidavit and this order upon the defendant.

　　☐　　IT IS ORDERED that the application to proceed in forma pauperis is **DENIED**, and that the filing fee of $150.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

　　☐　　IT IS ORDERED that the application to proceed in forma pauperis is **DENIED** and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $_____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments or attachments, pursuant to *Rule 4, Federal Rules of Civil Procedure*. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

　　　　IT IS SO ORDERED.

Dated: 5/23/06

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nandor J. Vadas
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge