KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA 95518
(707) 822-1611 fax 822-1044
kcollins@arcatanet.com
Attorney for Plaintiff Teresa Woodward

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERESA WOODWARD**, <br><br> Plaintiff, <br><br> vs. <br><br> **JO ANNE B. BARNHART,** <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | Case No.: 05-03439 NJV <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Teresa Woodward may have an extension of 30 days in which to file her motion for summary judgment.[1] Plaintiff's motion for summary judgment was due on

---

[1] See attached Declaration of Kenneth J. Collins

September 18, 2006, pursuant to Civil L.R. 16-5. Plaintiff's motion for summary judgment is now due on October 18, 2006.

This is plaintiff's first request.

Dated: September 19, 2006      /s/
                               KENNETH J. COLLINS
                               Attorney for Plaintiff

Dated: September 20, 2006      KEVIN V. RYAN
                               United States Attorney

                        By:    /s/
                               SARA WINSLOW
                               Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS ORDERED:

Dated: 10/3/06                 _____
                               NANDOR J. VADAS
                               United States Magistrate Judge

KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA 95518
(707) 822-1611 fax 822-1044
kcollins@arcatanet.com
Attorney for Plaintiff Teresa Woodward

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERESA WOODWARD**, <br><br> Plaintiff, <br><br> vs. <br><br> **JO ANNE B. BARNHART,** <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | Case No.: 05-03439 NJV <br><br> **DECLARATION OF KENNETH J. COLLINS IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

I, Kenneth J. Collins, declare and state as follows:

    I am the Attorney for Plaintiff Teresa Woodward.

    I am requesting a 30-day extension for filing Plaintiff's motion for summary judgment in order to provide further opportunity for review and analysis of this case.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

1 | Executed in Arcata, California on September 19, 2006.

2

3 | By /s/
KENNETH J. COLLINS
Attorney for Plaintiff