1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 TERESA WOODWARD,               )
                                  )
13        Plaintiff,              )   CIVIL NO.  05-03439 NJV
                                  )
14        v.                      )   STIPULATION AND ORDER
                                  )   DISMISSING COMPLAINT
15 JO ANNE B. BARNHART,           )
   Commissioner of Social Security, )
16                                )
          Defendant.              )
17 _____)

18        IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1 | Court, that the above-captioned case is dismissed.

Dated: October 19, 2006          /s/
                                 KENNETH J. COLLINS
                                 Attorney for Plaintiff


                                 KEVIN V. RYAN
                                 United States Attorney


Dated: October 24, 2006    By:   /s/
                                 SARA WINSLOW
                                 Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:



Dated: 10/31/06            _____
                           NANDOR J. VADAS
                           United States Magistrate Judge

WOODWARD, DISMISSAL STIP (og)
C 05-03439 NJV                          2